JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADRIANA PEREZ, | Case No.: CV 15-7820-DMG (KSx) |
| Plaintiff, | ORDER RE: STIPULATION FOR COMPROMISE SETTLEMENT [44] |
| v. | |
| THOMAS J. VILSACK, SECRETARY OF AGRICULTURE, U.S. DEPARTMENT OF AGRICULTURE, | |
| Defendant. | |

Pursuant to the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      The Stipulation for Compromise Settlement is approved;

2.      The above-captioned action is dismissed with prejudice;

3.      The parties shall bear their own costs of suit and attorney's fees;

4.      The Court retains jurisdiction pending completion of the terms of the Stipulation for Compromise Settlement; and

5.      All scheduled dates and deadlines are VACATED.

DATED: September 1, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE